UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT WILLIAMS,

        Plaintiff,

   v.

BAY AREA RAPID TRANSIT, et al.,

        Defendants.

Case No.  22-cv-01466-HSG

**ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**

Re: Dkt. No. 6

     The Court has reviewed Magistrate Judge Kim's Report and Recommendation Re Dismissal.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it except that the dismissal shall be without prejudice.  Accordingly,

     IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.  The Clerk is directed to enter judgment in favor of Defendants and close the file.

     **IT IS SO ORDERED.**

Dated:  6/14/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California